**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**OCALA DIVISION**

DONUTNV FRANCHISING, INC.,

Plaintiff,

v.                                                                Case No.: 5:26-cv-00370-JEP-PRL

AUSTENITE 1250, LLC and
MICHAEL SADLER

Defendants.
_____/

**PLAINTIFF DONUTNV FRANCHISING, INC.'S MOTION TO CORRECT**

**FILING OF SECOND AMENDED VERIFIED COMPLAINT**

Plaintiff DonutNV Franchising, Inc. ("DonutNV") respectfully moves to correct the filing of its Second Amended Verified Complaint by submitting the corrected version attached as Exhibit 1. In support, DonutNV states:

1. DonutNV timely filed its Second Amended Verified Complaint at Doc. 18.

2. After filing, DonutNV discovered that the filed version inadvertently omitted Plaintiff's signature on the verification page.

3. The omission was clerical and inadvertent. DonutNV does not seek to alter the substantive allegations, claims, parties, exhibits, or requested relief in the pleading.

1

4. DonutNV seeks only to correct the filed version by submitting the corrected Second Amended Verified Complaint containing the executed plaintiff verification, which is attached to this motion as Exhibit 1.

5. Allowing the corrected filing will promote an accurate record, will not prejudice Defendants, and will not affect any substantive deadline or issue beyond correcting the verification signature omission.

6. DonutNV respectfully requests that the Court accept the corrected Second Amended Verified Complaint attached as Exhibit 1 and permit the corrected filing to replace or supersede the version filed at Doc. 18, or provide such other direction as the Court deems appropriate.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Plaintiff certifies that Plaintiff's counsel conferred with counsel for Defendants by email on July 7, 2026 regarding the relief requested in this motion. Plaintiff advised that the correction is limited to adding the inadvertently omitted executed verification page and that no substantive changes are being made to the pleading. As of the time of filing, Defendants' counsel has not yet stated a position. Plaintiff will promptly supplement this certification if Defendants' counsel provides a position after filing.

WHEREFORE, DonutNV respectfully requests that the Court accept the corrected Second Amended Verified Complaint attached as Exhibit 1, permit the corrected filing to replace or supersede the version filed at Doc. 18, and grant such other relief as the Court deems just and proper.

Dated: July 7, 2026

Respectfully submitted,

> /s/ Jaryeneh Travis Tarpeh
> Jaryeneh Travis Tarpeh, Esq.
> Florida Bar No. 1028761
> Lead Counsel
> GROSS LAW GROUP, P.A.
> 4408 Delwood Lane, Suite 14
> Panama City Beach, FL 32408
> Tel. 850-749-6055
> travis@grosslaw.com
> pleadings@grosslaw.com
> *Counsel for Plaintiff DonutNV*
> *Franchising, Inc.*

## CERTIFICATE OF SERVICE

I certify that on July 7, 2026, the foregoing was filed using the Court's CM/ECF

system, which will send notice to all counsel of record.

> /s/ Jaryeneh Travis Tarpeh
> Jaryeneh Travis Tarpeh

3